**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CATHERINE LANCASTER, | ) |
| Plaintiff, | ) ) ) |
| v. | )     CIV-13-1348-R |
| SPRINT/UNITED MANAGEMENT CO., a/k/a SPRINT NEXTEL GROUP, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered herein this 29th day of January, 2016, Judgment is hereby entered in favor of Defendant.

IT IS SO ORDERED this 29th day of January, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE